*E-FILED ON 4/19/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. DONNA M. MCLEAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF SANTA CLARA, et al., <br><br> Defendants. | No. C05-01962 HRL <br><br> **ORDER GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S REQUEST THAT CERTAIN DOCUMENTS REMAIN UNDER SEAL** |

Upon consideration of the United States' and the State of California's "Response to Order to Show Cause Why the Seal Should Not Be Lifted as to the Entire File," IT IS ORDERED THAT:

1. The seal shall be lifted as to the government's first request for an extension of the sixty-day sealing period and the July 22, 2005 Interim Order as to that request. As noted in that order, this court has already determined that the request did not contain any specific factual information about the instant case, the relator's allegations or the government's investigative efforts.

2. The seal shall also be lifted as to the government's July 19, 2005 notice as to an apparent breach of the seal.

3. All other prior requests for extensions and orders thereon filed in this matter

1  before February 27, 2006 shall remain under seal.

2  Dated:   April 19, 2006

3
4  _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  A copy of this document will be mailed to:

2  Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

3  Julia Clayton
4  Deputy Attorney General
   California Attorney General's Office
5  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
6

7  Douglas A. Linde
   The Linde Law Firm
8  2029 Century Park East #2330
   Los Angeles, CA 90067
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California