United States District Court
For the Northern District of California

*E-FILED ON 4/21/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. DONNA M. MCLEAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF SANTA CLARA, et al., <br><br> Defendants. | No. C05-01962 HRL <br><br> **ORDER GRANTING IN PART DONNA M. MCLEAN'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> [Re: Docket No. 13] |

Upon consideration of "Plaintiff's Request to Continue Case Management Conference, Currently Set for April 25, 2006, for 120 Days," IT IS ORDERED THAT:

1. The initial case management conference is continued to **July 11, 2006, 1:30 p.m. in Courtroom 2**.

2. The parties' joint case management statement shall be filed no later than **July 5, 2006**.

3. All parties who have not yet done so shall file either a consent or declination to proceed before a United States Magistrate Judge no later than **July 5, 2006**.

Dated:  April 21, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-1962 Notice will be electronically mailed to:**

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Courtesy copy will be mailed to**:

Julia Clayton
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Douglas A. Linde
The Linde Law Firm
2029 Century Park East #2330
Los Angeles, CA 90067