*E-FILED ON 8/1/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAEFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>    Defendants.<br>_____/<br>COUNTY OF SANTA CLARA,<br><br>    Counter-claimant,<br><br>    v.<br><br>DONNA M. McLEAN and DOES 1-100,<br><br>    Counter-defendants.<br>_____/ | No. C05-01962 HRL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR** |

A case management conference was held in this matter on August 1, 2006. Counsel for Donna M. McLean was present. Melissa Kiniyalocts, counsel for defendants County of Santa Clara, Kenneth Borelli, Lawrence Gallegos, Epifanio Reyna and Tanya Beyers, failed to appear.

1  IT IS ORDERED THAT Ms. Kiniyalocts appear in Courtroom 2, 5th Floor of the
2 United States District Court, 280 South First Street, San Jose, California on **August 8, 2006 at**
3 **10:00 a.m.** and show cause, if any, why she should not be sanctioned for failure to appear at the
4 case management conference.  McLean's counsel need not appear at the order to show cause
5 hearing; but he will be permitted to appear at that hearing by telephone, if he so chooses.
6 Dated:   August 1, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1 **5:05-cv-1962 Notice will be electronically mailed to:**

2 Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

3 Douglas A Linde dal@lindelaw.net, ela@lindelaw.net

4 Sara McLean sara.mclean@usdoj.gov

5 Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

6 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

7

8 **Courtesy copy will be mailed to:**

9 Julia Clayton
Deputy Attorney General
10 California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
11 San Francisco, CA 94102-7004

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28