1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

*E-FILED ON 8/1/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES *ex rel*. DONNA M.
McLEAN and THE STATE OF CALIFORNIA
*ex rel* DONNA M. McLEAN,

        Plaintiffs,

  v.

THE COUNTY OF SANTA CLARA, THE
DEPARTMENT OF CHILDREN AND
FAMILY SERVICES OF SANTA CLARA
COUNTY, KENNETH BORELLI,
LAWRENCE GALLEGOS, EPIFANIO ("J.R.")
REYNA, TANYA BEYERS, DR. DEE
SCHAEFFER, DR. TOMMIJEAN THOMAS,
DR. RICHARD PERILLO and DOES 1-100,

        Defendants.
_____/

COUNTY OF SANTA CLARA,

        Counter-claimant,

  v.

DONNA M. McLEAN and DOES 1-100,

        Counter-defendants.
_____/

No. C05-01962 HRL

**ORDER SETTING FURTHER CASE
MANAGEMENT CONFERENCE**

      A case management conference was held in this matter on August 1, 2006.  Based upon

the discussion held at the conference, as well as the parties' July 18, 2006 case management

statement, IT IS ORDERED THAT:

1        1.       In view of McLean's statement that she will seek entry of default against

2    defendants Schaeffer and Thomas, she is directed to do so promptly.[1]

3        2.       A further case management conference is set for **October 31, 2006, 1:30 p.m. in**

4    **Courtroom 2**.  The parties shall file a joint case management statement no later than **October**

5    **24, 2006**.

6    Dated:   August 1, 2006

7                                                  _____
                                                   HOWARD R. LLOYD
8                                                  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

---

[1]        If default is entered against these defendants, this court would be inclined to sever those defendants and stay the instant action as to them so as not to delay the proceedings as to those parties who have appeared.

2

**5:05-cv-1962 Notice will be electronically mailed to:**

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Douglas A Linde dal@lindelaw.net, ela@lindelaw.net

Sara McLean sara.mclean@usdoj.gov

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Courtesy copy will be mailed to:**

Julia Clayton
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28