*E-FILED ON 8/3/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>    Plaintiffs,<br>  v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAEFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>    Defendants.<br>_____/<br>COUNTY OF SANTA CLARA,<br><br>    Counter-claimant,<br>  v.<br><br>DONNA M. McLEAN and DOES 1-100,<br><br>    Counter-defendants.<br>_____/ | No. C05-01962 HRL<br><br>**ORDER DISCHARGING AUGUST 1, 2006 ORDER TO SHOW CAUSE** |

On August 1, 2006, this court issued an order to show cause why County counsel should not be sanctioned for her failure to appear at the case management conference held that same day. Based upon the Affidavit of Melissa Kiniyalocts submitted in response to that order, the

1  August 1, 2006 order to show cause is discharged and the hearing set for August 8, 2006 is
2  vacated.  No sanctions will be imposed; however, counsel is admonished to ensure her timely
3  appearance at all court proceedings in the future.
4      IT IS SO ORDERED.
5  Dated:   August 3, 2006

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:05-cv-1962 Notice will be electronically mailed to:**

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Douglas A Linde dal@lindelaw.net, ela@lindelaw.net

Sara McLean sara.mclean@usdoj.gov

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Courtesy copy will be mailed to:**

Julia Clayton
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

3