*E-FILED ON 9/7/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN, <br><br> Plaintiffs, <br> v. <br><br> THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAEFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100, <br><br> Defendants. <br> _____ / <br> COUNTY OF SANTA CLARA, <br><br> Counter-claimant, <br> v. <br> DONNA M. McLEAN and DOES 1-100, <br><br> Counter-defendants. <br> _____ / | No. C05-01962 HRL <br><br> **ORDER GRANTING DEFENDANT TOMMIJEAN THOMAS' MOTION TO SET ASIDE DEFAULT** |

On August 15, 2006, default was entered against defendant Dr. Tommijean Thomas. She now moves to have that default set aside, and relator Donna McLean confirms that there is no opposition to the motion. Accordingly, the motion is GRANTED as unopposed. Dr.

1  Thomas' proposed answer, which was submitted with the instant motion, shall be deemed filed
2  as of the date of this order.
3      IT IS SO ORDERED.
4  Dated:   September 7, 2006



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

**5:05-cv-1962 Notice will be electronically mailed to:**

Melissa R. Kiniyalocts  melissa.kiniyalocts@cco.co.scl.ca.us

Douglas A Linde  dal@lindelaw.net, ela@lindelaw.net

Sara McLean  sara.mclean@usdoj.gov

Sara Winslow  sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Courtesy copy will be mailed to:**

O. Brandt Caudill, Jr.
Callahan, McCune & Willis, APLC
111 Fashion Lane
Tustin, CA 92780-3397

Julia Clayton
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

3