1

2

3                                              **\*E-FILED ON 10/31/06\***

4

5

6

7                                      NOT FOR CITATION

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                      SAN JOSE DIVISION

11   UNITED STATES *ex rel.* DONNA M.              No. C05-01962 HRL
     McLEAN and THE STATE OF CALIFORNIA
12   *ex rel* DONNA M. McLEAN,
                                                   **ORDER SEVERING AND STAYING**
13              Plaintiffs,                         **CLAIMS AGAINST DEFENDANT DR.**
                                                   **DEE SCHAEFFER**
        v.
14
     THE COUNTY OF SANTA CLARA, THE
15   DEPARTMENT OF CHILDREN AND
     FAMILY SERVICES OF SANTA CLARA
16   COUNTY, KENNETH BORELLI,
     LAWRENCE GALLEGOS, EPIFANIO ("J.R.")
17   REYNA, TANYA BEYERS, DR. DEE
     SCHAEFFER, DR. TOMMIJEAN THOMAS,
18   DR. RICHARD PERILLO and DOES 1-100,

19              Defendants.
                                           /
20
     COUNTY OF SANTA CLARA,
21
                Counter-claimant,
22
        v.
23
     DONNA M. McLEAN and DOES 1-100,
24
                Counter-defendants.
                                           /
25

26          Relator Donna McLean and defendants Santa Clara County, Kenneth Borelli, Lawrence

27   Gallegos, Epifanio Reyna, Tanya Beyers and Dr. Tommijean Thomas have voluntarily

28   consented to proceed before a magistrate judge, including for trial and the entry of final

**United States District Court**
For the Northern District of California

1   judgment, pursuant to 28 U.S.C. § 636(c).  Defendant Dr. Richard Perillo has been voluntarily

2   dismissed from this action.  Default has been entered against the remaining defendant, Dr. Dee

3   Schaeffer.

4          A magistrate judge may conduct civil proceedings and order the entry of judgment if

5   the parties consent.  See 28 U.S.C. § 636(c); FED.R.CIV.P. 73; see also, e.g., Binder v. Gillespie,

6   184 F.3d 1059, 1063 (9th Cir. 1999) (concluding that magistrate judge had jurisdiction to enter

7   final judgment as between consenting parties, despite lack of written consent from defaulting

8   defendants).  Further, under Fed.R.Civ.P. 21, the court has discretion to sever parties or any

9   claims against a party "on such terms as are just."  See FED.R.CIV.P. 21 ("Parties may be

10  dropped or added by order of the court on motion of any party or of its own initiative at any

11  stage of the action and on such terms as are just.  Any claim against a party may be severed and

12  proceeded with separately").

13         In this case, the court concludes that severance of the claims against Dr. Schaeffer will

14  prevent any further delay in the adjudication of the claims between plaintiff and other

15  defendants.  Further, the court finds that no substantial right will be impaired by the severance.

16  Accordingly, all claims against Dr. Schaeffer are SEVERED, and the action is STAYED with

17  respect to her.

18         IT IS SO ORDERED.

19  Dated:   October 31, 2006

20  _____

21  HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

1    **5:05-cv-1962 Notice will be electronically mailed to:**

2    Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

3    Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

4    Douglas A Linde dal@lindelaw.net, ela@lindelaw.net

5    Sara McLean sara.mclean@usdoj.gov

6    Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

7    **Counsel are responsible for distributing copies of this document to co-counsel who have
     not registered for e-filing under the court's CM/ECF program**.

8

9    **Courtesy copy will be mailed to:**

10   Julia Clayton
     Deputy Attorney General
11   California Attorney General's Office
     455 Golden Gate Avenue, Suite 11000
12   San Francisco, CA 94102-7004

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California