**\*E-FILED ON 1/8/07\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>        Plaintiffs,<br>  v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAEFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>        Defendants.<br>_____/<br>COUNTY OF SANTA CLARA,<br><br>        Counter-claimant,<br>  v.<br><br>DONNA M. McLEAN and DOES 1-100,<br><br>        Counter-defendants.<br>_____/ | No. C05-01962 HRL<br><br>**ORDER GRANTING IN PART STIPULATED REQUEST FOR EXTENSION OF MEDIATION DEADLINE**<br><br>**[Docket No. 73]** |

Presently before the court is the parties' stipulated request to extend the January 29, 2007 mediation deadline for approximately four months. Upon consideration of the parties'

1 papers, this court is unable to determine whether that much additional time truly is needed; and,
2 ideally, ADR should be conducted relatively early in a case before the parties have expended
3 time and resources on full discovery.  Nevertheless, in view of the apparent complexity of the
4 case and the parties' desire to complete some discovery beforehand, the court will extend the
5 deadline for conducting the mediation for an additional 90 days to **April 30, 2007**.  The court
6 assumes that this extension will not cause the parties to run afoul of the other court-ordered case
7 management dates.  Indeed, the fact that this extension has been granted will not be considered
8 "good cause" for future requests (if any) to extend or alter other dates set by this court's
9 scheduling order.

10     IT IS SO ORDERED.

11 Dated:   January 8, 2007



12     HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

**5:05-cv-1962 Notice will be electronically mailed to:**

Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Douglas A Linde dal@lindelaw.net, ela@lindelaw.net

Sara McLean sara.mclean@usdoj.gov

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**5:05-cv-1962 Notice will be delivered by other means to:**

Julia Clayton
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004