**United States District Court**
For the Northern District of California

*E-FILED: 5/3/2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>Plaintiffs,<br>v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAEFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>Defendants.<br>―――――――――――――――――――――――/<br>COUNTY OF SANTA CLARA,<br><br>Counter-claimant,<br>v.<br>DONNA M. McLEAN and DOES 1-100,<br><br>Counter-defendants.<br>―――――――――――――――――――――――/ | No. C05-01962 HRL<br><br>**ORDER GRANTING DEFENDANT THOMAS' REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**[Docket No. 84]** |

Counsel for defendant Dr. Tommijean Thomas requests leave to appear by telephone at the motion hearing and status conference set for May 15, 2007, 10:00 a.m. Upon consideration

of the papers presented, and good cause appearing, the request for telephonic appearance is GRANTED.

Dated:   May 3, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-1962 Notice will be electronically mailed to:**

Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net; TheAlspaughs@cox.net

Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Douglas A Linde dal@lindelaw.net, ela@lindelaw.net

Sara McLean sara.mclean@usdoj.gov

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**5:05-cv-1962 Notice will be delivered by mail to:**

Donna McLean
1316 Arroyo Seco Drive
Campbell, CA 95008

Julia Clayton
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004