1  O. BRANDT CAUDILL, JR., ESQ. (SBN 88071)
2  JOAN E. TRIMBLE, ESQ. (SBN 205038)
   **CALLAHAN, McCUNE & WILLIS, APLC**
3  111 Fashion Lane
   Tustin, California 92780-3397
4  Tel:   (714)   730-5700
   Fax:   (714)   730-1642
5
   E-Mail:  brandt_caudill@cmwlaw.net
6            joan_trimble@cmwlaw.net

7  Attorneys for Defendant,
   **DR. TOMMIJEAN THOMAS**
8

9                                                    *ORDER E-FILED:  6/20/2007*

10                **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                      **SAN JOSE DIVISION**

13  UNITED STATES OF AMERICA, ex. Rel.        Case No.: C 05-01962 HRL
    DONNA M. McLEAN, THE STATE OF             JUDGE:
14  CALIFORNIA, ex. Rel. DONNA M, McLEAN,     DEPARTMENT:
                                              COMPLAINT DATE:
15                          Plaintiffs,

16          vs.                               **REQUEST FOR TELEPHONE**
                                              **APPEARANCE**
17  THE COUNTY OF SANTA CLARA, a
    municipality; THE DEPARTMENT OF           **AND ORDER**
18  CHILDREN AND FAMILY SERVICES OF
    SANTA CLARA COUNTY, a municipal
19  entity; KENNETH BORELLI, an individual;
    LAWRENCE GALLEGOS, an individual;
20  EPIFANIO ("J.R.") REYNA, an individual;
    TANYA BEYERS, an individual; DR. DEE
21  SCHAEFFER, an individual; DR. TOMMI-
    JEAN THOMAS, an individual; DR.
22  RICHARD PERILLO, an individual and
    DOES 1 to 100, inclusive,
23
                            Defendants.
24

25

26  **TO THE HONORABLE JUDGE PRESIDING:**

27      I, Joan E. Trimble, am the handling attorney for Defendant, DR. TOMMIJEAN

28  THOMAS, and ask that the court allow me to appear telephonically for the hearing set on

1   June 26, 2007 at 10:00 a.m. in Dept. 2 of the above-entitled court. I would like the court

2   to consider the following information in making its decision whether to allow me to

3   appear by telephone: I have recently transferred to the Los Angeles office of this law

4   firm.

5   DATED: May 21, 2007

6

7   **CALLAHAN, McCUNE & WILLIS, APLC**

8

9

10

11

12   By

13   O. BRANDT CAUDILL, JR., ESQ.
     JOAN E. TRIMBLE, ESQ.
     Attorneys for Defendant
     **TOMMIJEAN THOMAS, Ph.D**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Howard R. Lloyd

- 2 -

REQUEST FOR TELEPHONE APPEARANCE