**United States District Court**
For the Northern District of California

**\*E-FILED: 6/26/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAEFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>            Defendants.<br>_____/<br>COUNTY OF SANTA CLARA,<br><br>            Counter-claimant,<br><br>    v.<br><br>DONNA M. McLEAN and DOES 1-100,<br><br>            Counter-defendants.<br>_____/ | No. C05-01962 HRL<br><br>**ORDER (1) EXTENDING STAY AND (2) SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

     On June 26, 2007, the parties appeared for a further Case Management Conference.

Based on the parties' Joint Case Management Statement, and the discussion held at the

Conference, the court orders as follows:

1. Relator Donna McLean requests that the current stay of these proceedings be extended for several weeks while she continues to look for a new attorney. Defendants do not object, and the request is granted. The stay will remain in effect until July 27, 2007, at which time the stay will automatically be lifted whether or not relator has secured new counsel.

2. A further case management conference will be held on **August 14, 2007, 1:30 p.m.** in Courtroom 2. The parties shall file a joint case management statement no later than **August 7, 2007**.

IT IS SO ORDERED.

Dated:    June 26, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:05-cv-1962 Notice will be electronically mailed to:**

Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net, TheAlspaughs@cox.net

Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Sara McLean sara.mclean@usdoj.gov

Joan Eve Trimble joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

Sara Winslow sara.winslow@usdoj.gov, claire.muller@usdoj.gov, kathy.terry@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**5:05-cv-1962 Notice will be delivered by mail to:**

Donna McLean
1316 Arroyo Seco Drive
Campbell, CA 95008

Julia Clayton
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004