| | |
|---|---|
| O. BRANDT CAUDILL, JR., ESQ. (SBN 88071)<br>JOAN E. TRIMBLE, ESQ. (SBN 205038)<br>**CALLAHAN, McCUNE & WILLIS, APLC**<br>111 Fashion Lane<br>Tustin, California 92780-3397<br>Tel:   (714)   730-5700<br>Fax:  (714)   730-1642 | *ORDER E-FILED:  8.9.2007* |

E-Mail:  brandt_caudill@cmwlaw.net
             joan_trimble@cmwlaw.net

Attorneys for Defendant,
**DR. TOMMIJEAN THOMAS**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. Rel. DONNA M. McLEAN, THE STATE OF CALIFORNIA, ex. Rel. DONNA M, McLEAN,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>THE COUNTY OF SANTA CLARA, a municipality; THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, a municipal entity; KENNETH BORELLI, an individual; LAWRENCE GALLEGOS, an individual; EPIFANIO ("J.R.") REYNA, an individual; TANYA BEYERS, an individual; DR. DEE SCHAEFFER, an individual; DR. TOMMI-JEAN THOMAS, an individual; DR. RICHARD PERILLO, an individual and DOES 1 to 100, inclusive,<br><br>                    Defendants. | Case No.: C 05-01962 HRL<br>JUDGE:<br>DEPARTMENT:<br>COMPLAINT DATE:<br><br><br><br><br>**REQUEST FOR TELEPHONE APPEARANCE**<br><br>**AND ORDER** |

**TO THE HONORABLE JUDGE PRESIDING:**

　　　I, Joan E. Trimble, am the handling attorney for Defendant, DR. TOMMIJEAN THOMAS, and ask that the court allow me to appear telephonically for the hearing set on

1  August 14, 2007 at 1:30 p.m. in Dept. 2 of the above-entitled court. I would like the
2  court to consider the following information in making its decision whether to allow me to
3  appear by telephone: I have recently transferred to the Los Angeles office of this law
4  firm.

5  DATED: August 9, 2007                    CALLAHAN, McCUNE & WILLIS, APLC

8                                      By  /s/ Joan E. Trimble
9                                          O. BRANDT CAUDILL, JR., ESQ.
                                            JOAN E. TRIMBLE, ESQ.
10                                          Attorneys for Defendant
                                            **TOMMIJEAN THOMAS, Ph.D**

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Howard R. Lloyd]