**United States District Court**
For the Northern District of California

***E-FILED: 8.14.2007***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAEFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>　　　　Defendants.　　　　　　　　／<br><br>COUNTY OF SANTA CLARA,<br><br>　　　　Counter-claimant,<br>　　v.<br><br>DONNA M. McLEAN and DOES 1-100,<br><br>　　　　Counter-defendants.　　　　／ | No. C05-01962 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  On August 14, 2007, the parties appeared for a further case management conference. Based on the discussion at that conference,

IT IS ORDERED THAT the matter is continued for a further case management conference on **September 18, 2007, 1:30 p.m. in Courtroom 2**.  At that time, the court shall set a case schedule whether or not relator has retained new counsel.  The parties are free, in the meantime, to conduct discovery.

Dated:   August 14, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:05-cv-1962 Notice has been electronically mailed to:**

Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net, TheAlspaughs@cox.net

Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Sara McLean sara.mclean@usdoj.gov

Joan Eve Trimble joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**Notice will be delivered by other means to:**

Donna M McLean
1316 Arroyo Seco Drive
Campbell, CA 95008

Julia Clayton
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

3