1  O. BRANDT CAUDILL, JR., ESQ. (SBN 88071)
   JOAN E. TRIMBLE, ESQ. (SBN 205038)
2  **CALLAHAN, McCUNE & WILLIS, APLC**
   111 Fashion Lane
3  Tustin, California 92780-3397
   Tel:   (714)   730-5700
4  Fax:   (714)   730-1642

5  E-Mail:  brandt_caudill@cmwlaw.net
            joan_trimble@cmwlaw.net
6
   Attorneys for Defendant,
7  **DR. TOMMIJEAN THOMAS**

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Howard R. Lloyd]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. Rel. DONNA M. McLEAN, THE STATE OF CALIFORNIA, ex. Rel. DONNA M, McLEAN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF SANTA CLARA, a municipality; THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, a municipal entity; KENNETH BORELLI, an individual; LAWRENCE GALLEGOS, an individual; EPIFANIO ("J.R.") REYNA, an individual; TANYA BEYERS, an individual; DR. DEE SCHAEFFER, an individual; DR. TOMMI-JEAN THOMAS, an individual; DR. RICHARD PERILLO, an individual and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: C 05-01962 HRL<br>JUDGE:<br>DEPARTMENT:<br>COMPLAINT DATE:<br><br><br><br>**REQUEST FOR TELEPHONE APPEARANCE** |

**TO THE HONORABLE JUDGE PRESIDING:**

I, Joan E. Trimble, am the handling attorney for Defendant, DR. TOMMIJEAN THOMAS, and ask that the court allow me to appear telephonically for the hearing set on

1  September 18, 2007 at 1:30 p.m. in Dept. 2 of the above-entitled court.  I would like the
2  court to consider the following information in making its decision whether to allow me to
3  appear by telephone:  I have recently transferred to the Los Angeles office of this law
4  firm.

5  DATED:  September 7, 2007              **CALLAHAN, McCUNE & WILLIS, APLC**

By _____
   O. BRANDT CAUDILL, JR., ESQ.
   JOAN E. TRIMBLE, ESQ.
   Attorneys for Defendant
   **TOMMIJEAN THOMAS, Ph.D**