1

2          **\*E-FILED 2/26/2008\***

3

4

5

6

7                              NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12   UNITED STATES *ex rel*. DONNA M.          No. C05-01962 HRL
     McLEAN and THE STATE OF CALIFORNIA
     *ex rel* DONNA M. McLEAN,

13

14              Plaintiffs,                    **ORDER GRANTING RELATOR'S
          v.                                   MOTION TO PERMIT ATTORNEY TO
                                               WITHDRAW**

15   THE COUNTY OF SANTA CLARA, et al.,

16              Defendants.                    **[Re: Docket No. 114]**
     _____/

17   COUNTY OF SANTA CLARA,

18              Counter-claimant,

19        v.

20   DONNA M. McLEAN and DOES 1-100,

21              Counter-defendants.
     _____/

22

23        On February 13, 2008, relator Donna McLean advised that the attorney-client

24   relationship with her counsel, Michael Millen, has broken down.  She requested that Millen be

25   permitted to withdraw and that she be allowed to proceed *pro se* until she retained a new

26   attorney.  The next day, attorney William Dresser substituted into the case as lead counsel for

27   McLean.

28        The Ninth Circuit recently held that relators may not proceed *pro se* on behalf of the

government in a False Claims Act case. *See United States ex rel Stoner v. Santa Clara County Office of Education*, 502 F.3d 1116, 1126-27 (9th Cir. 2007) ("Because *qui tam* relators are not prosecuting only their 'own case' but also representing the United States and binding it to any adverse judgment the relators may obtain, we cannot interpret [28 U.S.C.] § 1654 as authorizing *qui tam* relators to proceed *pro se* in FCA actions."). Nevertheless, insofar as McLean has already obtained new counsel who has substituted into the case, her request to permit Millen to withdraw from this matter is granted.

IT IS SO ORDERED.

Dated: February 26, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1    **5:05-cv-1962 Notice will be electronically mailed to:**

2    Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net, TheAlspaughs@cox.net

3

4    Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

William C. Dresser loofwcd@aol.com

5

6    Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Sara McLean sara.mclean@usdoj.gov

7

8    Michael Millen MikeMillen@aol.com

Richard Augustus Swenson rsloofwcd@aol.com

9

10    Joan Eve Trimble joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

11

12    **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

13

14    **5:05-cv-1962 Notice will be delivered by other means to:**

15    Julia Clayton
Deputy Attorney General
16    California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
17    San Francisco, CA 94102-7004

18

19

20

21

22

23

24

25

26

27

28