1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770             **\*E-FILED 3/28/2008\***
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants and Counter-Claimant
   COUNTY OF SANTA CLARA, KENNETH
6  BORELLI, LAWRENCE GALLEGOS,
   EPIFANIO REYNA, and TANYA BEYERS
7

8              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      (SAN JOSE DIVISION)

10

11  UNITED STATES OF AMERICA,          )   No.   C05-01962 HRL
    ex. rel. DONNA M McLEAN et al.,    )
12                                     )   **STIPULATION AND [PROPOSED] ORDER**
            Plaintiffs,                )   **TO EXTEND DEADLINE FOR**
13                                     )   **COMPLETING MEDIATION**
    v.                                 )
14                                     )
    THE COUNTY OF SANTA CLARA, a       )
15  municipality et al.,               )
                                       )
16          Defendants.                )
                                       )
17  _____)
                                       )
    AND RELATED CROSS ACTION           )
18  _____)

19      The parties submit the following Stipulation and Proposed Order for the purpose of

20  requesting that the Court extend the deadline to complete mediation to July 30, 2008.

21      On March 18, 2008, counsel for Relator and Counter-Defendant Donna McLean,

22  Defendants County of Santa Clara, Kenneth Borelli, Lawrence Gallegos, Epifanio ("J.R.")

23  Reyna, and Tanya Beyers and Counter-Claimant County of Santa Clara, Sara Winslow from the

24  United States Attorney's Office, and Julia Clayton from the California Attorney General's

25  Office participated in a teleconference with Eric Ivary, the mediator appointed by the Court.

26  During the teleconference the participants agreed to request that the present deadline to

27  complete mediation, March 28, 2008, be extended. The reasons for the request for extension

28  include the fact that Relator recently substituted counsel and filed a document under seal that

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Proposed Order to Extend
Deadline for Completing Mediation                 1                      C05-01962 HRL

may impact the claims and/or defenses in this matter.  Counsel for the United States and State of California represented that they intended to request that the Court lift the seal on the document within the next several weeks.  Mr. Ivary and counsel for the Relator and Defendants agreed to participate in a mediation on July 22, 2008.  Counsel for the United States and State of California indicated that they would not participate in the mediation.

Accordingly, the parties stipulate to extend the deadline to complete mediation to July 30, 2008.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                                ANN MILLER RAVEL
                                                County Counsel

Dated: March 20, 2008                        By:           /S/
                                                MELISSA R. KINIYALOCTS
                                                Deputy County Counsel

                                                Attorneys for Defendants and Counter-Claimant
                                                COUNTY OF SANTA CLARA, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO REYNA, and TANYA BEYERS

Dated: March 19, 2008                        By:           /S/
                                                  WILLIAM C. DRESSER

                                                Attorney for Relator and Counter-Defendant
                                                DONNA McLEAN

**ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION**

The Court, having considered the stipulation of the parties and finding good cause, hereby orders that the deadline to complete mediation in this matter is July 30, 2008.  **The court is disinclined to extend this deadline any further.**

Dated:  March 28, 2008

                                                MAGISTRATE JUDGE HOWARD R. LLOYD