*E-FILED 4/30/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF SANTA CLARA, et al., <br><br> Defendants. | No. C05-01962 HRL <br><br> **INTERIM ORDER RE SANTA CLARA COUNTY'S REQUEST TO FILE DOCUMENTS UNDER SEAL** <br><br> [Re: Docket No. 133] |

In connection with relator's motion to dismiss (Docket #117), the County submitted to the court excerpts from certain depositions as Exhibits A-C to the Declaration of Melissa Kiniyalocts in Support of Defendants' Opposition to Relator's Motion for Summary Judgment (Docket #132). It now requests that those exhibits be filed under seal because certain portions reference child-dependency proceedings concerning relator's minor children. Upon review of those exhibits, the court is not convinced that those exhibits disclose any more than that which has already been disclosed by relator in her publicly filed pleadings in other litigation; and, many of the pages submitted for sealing do not appear to contain any information about relator's children or those proceedings. Nevertheless, the court is willing to seal any truly confidential information concerning relator's children which may be contained in the submitted exhibits.

Accordingly, relator shall promptly identify for the County those pages which she claims contain any confidential information concerning her children.  No later than **May 16, 2008**, the County shall re-submit its sealing request to include only those pages which actually contain such information.

IT IS SO ORDERED.

Dated:   April 30, 2008

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**5:05-cv-1962 Notice will be electronically mailed to:**

Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net, TheAlspaughs@cox.net

Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

William C. Dresser loofwcd@aol.com

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Sara McLean sara.mclean@usdoj.gov

Michael Millen MikeMillen@aol.com

Richard Augustus Swenson rsloofwcd@aol.com

Joan Eve Trimble joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**5:05-cv-1962 Notice will be delivered by other means to:**

Julia Clayton
Deputy Attorney General
California Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004