***E-FILED 5/23/2008***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>　　　　Plaintiffs,<br>　v.<br><br>THE COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | No. C05-01962 HRL<br><br>**ORDER GRANTING RELATOR'S REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>[Re: Docket No. 160] |

Relator's request to reschedule the case management conference set for July 1, 2008 is granted. The case management conference is **continued to July 22, 2008, 1:30 p.m.** The parties shall file a joint status report no later than **July 15, 2008**.

SO ORDERED.

Dated:   May 23, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-1962 Notice has been electronically mailed to:**

Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net, TheAlspaughs@cox.net

Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

William C. Dresser loofwcd@aol.com

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Donna M McLean loofwcd@aol.com

Sara McLean sara.mclean@usdoj.gov

Richard Augustus Swenson rsloofwcd@aol.com

Joan Eve Trimble joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

**Counsel are responsible for distributing a copy of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Notice mailed to**:

Julia Ann Clayton
California Attorney General's Office
455 Golden Gate Avenue, # 11000
San Francisco, CA 94102-7004