**United States District Court**
For the Northern District of California

1

2                                    **\*E-FILED 5/23/2008\***

3

4

5

6

7                              NOT FOR CITATION

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12   UNITED STATES *ex rel*. DONNA M.            No. C05-01962 HRL
     McLEAN and THE STATE OF CALIFORNIA
13   *ex rel* DONNA M. McLEAN,                   **ORDER DENYING DEFENDANTS'**
                                                 **MOTION FOR AN ORDER**
14            Plaintiffs,                        **SHORTENING TIME**

      v.
15
     THE COUNTY OF SANTA CLARA, et al.,          **[Re:  Docket No. 165]**
16
              Defendants.
17   _____/

18        Defendants move for an order shortening time on their motion to compel expert

19   disclosure (Docket # 168).  They express concern that, under a normal 35-day calendar, their

20   motion will not be heard until after the June 16, 2008 expert discovery cutoff.  No response has

21   been received from relator, and the time for filing one has passed.

22        Upon consideration of the papers filed, the motion for an order shortening time is

23   denied.  The court's Civil Local Rules permit motions to compel discovery to be filed up to

24   seven court days after the pertinent cutoff date.  *See* Civ. L.R. 26-2.  Where, as here, a timely

25   motion to compel has been filed, the existence of a discovery cutoff does not divest the court of

26   the power to order the discovery in dispute to go forward, assuming the court concludes it is

27   proper.

28        Accordingly, defendants' motion to compel will be set for hearing on **June 24, 2008,**

**10:00 a.m.** in Courtroom 2.  Briefing shall proceed in accordance with a normal 35-day calendar under the court's Civil Local Rules.  Defendants' request to extend (or re-open) expert discovery as may be appropriate will be addressed when the court deals with the merits of their motion to compel.

       SO ORDERED.

Dated:   May 23, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   **5:05-cv-1962 Notice has been electronically mailed to:**

2   Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net,

3   TheAlspaughs@cox.net

4   Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

5   William C. Dresser loofwcd@aol.com

6   Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

7   Donna M McLean loofwcd@aol.com

8   Sara McLean sara.mclean@usdoj.gov

9   Richard Augustus Swenson rsloofwcd@aol.com

10  Joan Eve Trimble joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

11  Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

12  **Counsel are responsible for distributing a copy of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

13

14  **Notice mailed to**:

15  Julia Ann Clayton
    California Attorney General's Office
16  455 Golden Gate Avenue, # 11000
    San Francisco, CA 94102-7004

17

18

19

20

21

22

23

24

25

26

27

28