William C. Dresser, 104375
Richard Swenson, 221586
4 North Second Street, Suite 1230
San Jose, California 95113-1307
Tel:  408/279-7529
Fax:  408/298-3306

Attorneys for Relator
Donna McLean

**Pursuant to stipulation, the state qui tam claims are dismissed without prejudice.**

Dated: June 23, 2008

IT IS SO ORDERED
Judge Howard R. Lloyd

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ex. Rel. Donna M. McLean, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>The County of Santa Clara, a municipality et al.,<br><br>    Defendants. | NO.  C05-01962 HRL<br><br>Dismissal of State qui tam Causes of Action |

This is a voluntary dismissal pursuant to Rule 41(a)(1)(ii). The Complaint of Relator Donna McLean in the within action on behalf of the State of California is dismissed as to the following causes of action:

X.  Violations of False Claims Act - California Government Code § 12651(a)(1) by The State of California as against All Defendants;

XI.  Violations of False Claims Act - California Government Code § 12651(a)(2) as against All Defendants; and

XII. Violations of False Claims Act - California Government Code § 12651(a)(3) by Plaintiff The State of California as against Defendants the County of Santa Clara, the Department of Children and Family Services of Santa Clara County, Epifanio ("J.r.") Reyna, Dee Schaeffer, M.D., Tommijean Thomas, M.D., and Richard Perillo, M.D.

It is agreed by and between Relator Donna McLean and Defendants the County of

Santa Clara, the Department of Children and Family Services of Santa Clara County, Kenneth Borelli, Lawrence Gallegos, Epifanio ("J.r.") Reyna and Tanya Beyers that this dismissal shall be upon waiver of fees and costs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed by me on June 5, 2008, at San Jose, California.

_____
William C. Dresser
Attorneys for Relator
Donna McLean

Approval for this dismissal is stipulated to by Relator.

Dated: June \_\_, 2008

_____
Donna McLean
Relator

Pursuant to California Government Code Section 12652(c)(1), the Attorney General of the State of California, by and through the undersigned, consents to the foregoing dismissal without prejudice.

Dated: June 18, 2008

_____
Julia Clayton
Deputy Attorney General
Attorneys for State of California

Approval for this dismissal is stipulated to on behalf of Defendants County of Santa Clara, the Department of Children and Family Services of Santa Clara County, Kenneth Borelli, Lawrence Gallegos, Epifanio ("J.r.") Reyna, and Tanya Beyers by counsel who has authority from each of these clients to enter into this stipulation for dismissal.

Dated: June \_\_\_, 2007

_____
Melissa Kiniyalocts
Attorneys for Defendants
County of Santa Clara, the Department of Children and Family Services of Santa Clara County, Kenneth Borelli, Lawrence Gallegos, Epifanio ("J.r.") Reyna, and Tanya Beyers

US-Count\Pld\DismissS.616

Santa Clara, the Department of Children and Family Services of Santa Clara County, Kenneth Borelli, Lawrence Gallegos, Epifanio ("J.r.") Reyna and Tanya Beyers that this dismissal shall be upon waiver of fees and costs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed by me on June 19, 2008, at San Jose, California.

William C. Dresser
Attorneys for Relator
Donna McLean

Approval for this dismissal is stipulated to by Relator.

Dated: June 19, 2008

Donna McLean
Relator

Pursuant to California Government Code Section 12652(c)(1), the Attorney General of the State of California, by and through the undersigned, consents to the foregoing dismissal without prejudice.

Dated: June ___, 2008

Julia Clayton
Deputy Attorney General
Attorneys for State of California

Approval for this dismissal is stipulated to on behalf of Defendants County of Santa Clara, the Department of Children and Family Services of Santa Clara County, Kenneth Borelli, Lawrence Gallegos, Epifanio ("J.r.") Reyna, and Tanya Beyers by counsel who has authority from each of these clients to enter into this stipulation for dismissal.

Dated: June 19, 2007

Melissa Kiniyaloots
Attorneys for Defendants
County of Santa Clara, the Department of Children and Family
Services of Santa Clara County, Kenneth Borelli, Lawrence
Gallegos, Epifanio ("J.r.") Reyna, and Tanya Beyers

US-Count\Pld\DismissS.616