**United States District Court**
For the Northern District of California

**\*E-FILED 7/25/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>            Plaintiffs,<br>v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>            Defendants.<br>_____/ | No. C05-01962 HRL<br><br>**ORDER RE RELATOR'S MOTION TO RESCHEDULE SUMMARY JUDGMENT HEARING**<br><br>[Re: Docket No. 206] |

    Relator moves for a continuance of defendants' summary judgment motion, which was noticed for an August 5, 2008 hearing. Defendants oppose her request. Relator has not satisfactorily explained why a continuance is necessary under Fed. R. Civ. P. 56(f). Nevertheless, in view of the parties' several discovery motions which are also set for hearing on August 5, 2008, this court finds that those matters should be resolved first. Moreover, this court is unavailable for hearing on the alternate August 19, 2008 hearing date proposed by defendants. Accordingly, defendants' summary judgment motion will be taken off the

1  August 5, 2008 calendar. The court will reset the hearing on that motion following the case
2  management conference to be held immediately following the August 5, 2008 hearings on the
3  parties' discovery motions.

5  Dated:     July 25, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

**5:05-cv-1962 Notice has been electronically mailed to:**

Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net, TheAlspaughs@cox.net

Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

William C. Dresser loofwcd@aol.com

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Donna M McLean loofwcd@aol.com

Sara McLean sara.mclean@usdoj.gov

Richard Augustus Swenson rsloofwcd@aol.com

Joan Eve Trimble joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

**Counsel are responsible for distributing a copy of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Notice mailed to**:

Julia Ann Clayton
California Attorney General's Office
455 Golden Gate Avenue, # 11000
San Francisco, CA 94102-7004