|   |   |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
|   | MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
|   | 70 West Hedding, East Wing, 9th Floor |

ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, KENNETH
BORELLI, LAWRENCE GALLEGOS,
EPIFANIO REYNA, and TANYA BEYERS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>ex. rel. DONNA M McLEAN et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA,<br>a municipality et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No.  C05-01962 HRL<br><br>**ORDER GRANTING IN PART STIPULATION xxxxxxxxxxxxxxxx TO EXTEND DEADLINE FOR COMPLETING MEDIATION** |
|---|---|---|

The parties submit the following Stipulation and Proposed Order for the purpose of requesting that the Court extend the deadline to complete mediation.

On July 1, 2008, Defendants County of Santa Clara, Kenneth Borelli, Lawrence Gallegos, Epifanio ("J.R.") Reyna, and Tanya Beyers filed a motion for summary judgment, which is presently set for hearing on August 5, 2008.

On July 11, 2008, Relator Donna McLean filed an *ex parte* application to reschedule the hearing on Defendants' motion for summary judgment.

The present deadline for completing mediation in this matter is July 30, 2008.

The parties agree that it would not be worthwhile to conduct a mediation while a dispositive motion is pending.

//

Accordingly, the parties stipulate to continue the deadline to complete mediation to 30 days after the Court rules on Defendants' motion for summary judgment.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ANN MILLER RAVEL
County Counsel

Dated: July 15, 2008        By:        /S/
                            MELISSA R. KINIYALOCTS
                            Deputy County Counsel

                            Attorneys for Defendants
                            COUNTY OF SANTA CLARA,
                            KENNETH BORELLI, LAWRENCE
                            GALLEGOS, EPIFANIO REYNA, and
                            TANYA BEYERS

Dated: July 15, 2008        By:        /S/
                            WILLIAM C. DRESSER

                            Attorney for Relator
                            DONNA McLEAN

**ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION**

The parties' ADR process was to have been completed long ago, and the court does not find ~~The Court, having considered the stipulation of the parties and finding good cause, hereby~~ good cause for the extension now being requested.  Nevertheless, the parties will be given an ~~orders that the deadline to complete mediation in this matter be 30 days after the Court issues a~~ extension to September 15, 2008 to complete mediation.  The mediation is to occur whether ~~ruling on Defendants' motion for summary judgment.~~ or not the court has ruled on defendants' summary judgment motion.

Dated:   July 25, 2008      _____
                            MAGISTRATE JUDGE HOWARD R. LLOYD

134545.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Proposed Order to Extend
Deadline for Completing Mediation                2                     C05-01962 HRL