1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California 95110-1770        *E-FILED 10/8/2008*
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA, KENNETH
   BORELLI, LAWRENCE GALLEGOS,
7  EPIFANIO REYNA, and TANYA BEYERS

8

9                      UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                           (SAN JOSE DIVISION)

11

12  UNITED STATES OF AMERICA,        )  No.  C05-01962 HRL
    ex. rel. DONNA M McLEAN et al.,  )
13                                   )  STIPULATION AND AMENDED
           Plaintiffs,               )  PROPOSED ORDER TO EXTEND THE
14                                   )  DEADLINE FOR DEFENDANTS TO
    v.                               )  COMPLETE EXPERT DISCOVERY
15                                   )
    THE COUNTY OF SANTA CLARA, a     )
16  municipality et al.,             )
                                     )
17         Defendants.               )
    _____    )
18

19       The parties submit the following Stipulation and Proposed Order for the purpose of

20  requesting that the Court extend the October 8, 2008 deadline for Defendants to complete

21  discovery as to any experts identified by Relator Donna McLean.

22       On July 17, 2008, the Court, in an order denying in part and granting in part Defendants'

23  motion to compel expert discovery, set a deadline of October 8, 2008, for Defendants to

24  complete discovery as to any experts identified by Relator.

25       On August 8, 2008, Relator served a supplemental expert disclosure as ordered by the

26  Court in its July 17, 2008 order.

27       On September 10, 2008, Defendants served by mail a subpoena and deposition notice for

28  Robert Geffner, Ph.D. for a deposition on September 23, 2008 in San Diego, California, and on

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Amended Proposed Order
to Extend the Deadline for Defendants
to Complete Expert Discovery                1                    C05-01962 HRL

September 11, 2008, Defendants served by mail an amended notice for deposition on September 23, 2008, at Dr. Geffner's office in San Diego.

On September 22, 2008, Relator's counsel's associate informed Defendants' counsel that he was unavailable for the September 23, 2008 deposition as previously stated by Relator's counsel's assistant on August 27, 2008.

On September 22, 2008, Dr. Geffner informed counsel for Defendants that he had limited availability in October.

On September 22, 2008, Relator filed a motion for protective order regarding Dr. Geffner's deposition due to the unavailability of Relator's counsel.

Defendants represent that they have been unable to serve the following individuals with a subpoena for deposition:  Nedra Jones, Delina Ferretti, and Renee Miller.

The parties agree that additional time is needed to complete the depositions of Relator's experts who are unavailable before October 8, 2008.

Accordingly, the parties stipulate to extend the deadline for Defendants to complete discovery as to Dr. Robert Geffner, Dr. Robert Chastain, Nedra Jones, and Delina Ferretti to November 18, 2008; with respect to Karl Hoffower, because he has indicated that he is not available until the time period November 23-November 29 2008, it is stipulated that the deadline is extended to November 30, 2008. With respect to Noemi Baiza, who was subpoenaed for a deposition for October 2, 2008,  it is stipulated that her deposition may be taken on a date after October 8, 2008 because she has requested a continuance due to illness. The parties will re-schedule Ms. Baiza's deposition based upon mutual convenience.

The parties further agree that the motion for protective order regarding the deposition of Robert Geffner is moot and may be withdrawn upon the Court's issuance of an order consistent with this stipulation.

/ /

/ /

/ /

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Amended Proposed Order
to Extend the Deadline for Defendants
to Complete Expert Discovery       2       C05-01962 HRL

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ANN MILLER RAVEL
County Counsel

Dated: October 1, 2008        By:        /S/
                                    MELISSA R. KINIYALOCTS
                                    Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
KENNETH BORELLI, LAWRENCE
GALLEGOS, EPIFANIO REYNA, and
TANYA BEYERS

Dated: October 1, 2008        By:        /S/
                                    WILLIAM C. DRESSER

Attorney for Relator
DONNA McLEAN

## [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO COMPLETE EXPERT DISCOVERY

PURSUANT TO STIPULATION,

IT IS SO ORDERED.   As for Noemi Baiza, her deposition shall be completed by November 28, 2008.

Dated:  October 8, 2008              _____
                                     MAGISTRATE JUDGE HOWARD R. LLOYD

147336.wpd

Stipulation and Amended Proposed Order
to Extend the Deadline for Defendants
to Complete Expert Discovery         3              C05-01962 HRL

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California