**\*E-FILED 1/23/2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>    Plaintiffs,<br>  v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>    Defendants.<br>_____/ | No. C05-01962 HRL<br><br>**ORDER RE CASE MANAGEMENT** |

Relator Donna McLean requests leave to conduct additional discovery as to the allegations of her Amendment to Complaint. She apparently wishes to propound several requests for admission, contention interrogatories and related document requests. (See Docket #223 at 16). However, she has previously represented that the Amendment to Complaint is merely a supplement of the allegations in the original complaint. And, indeed, the Amendment to Complaint says as much. Moreover, it appears that McLean has been actively conducting a host of discovery as to the subject matter of the Amendment to Complaint. As such, this court is disinclined to permit any further discovery.

Nevertheless, this court is willing to review McLean's proposed discovery requests to determine whether she should be permitted to pursue them. Accordingly, no later than **February 6, 2009**, McLean shall e-file her proposed discovery requests for this court's review. Defendants shall also have the opportunity to submit a response as to why McLean's proposed discovery should not be allowed or why and how it should be limited. Any such response shall be filed by **February 20, 2009**.

Defendants' pending motion for summary judgment will be terminated, without prejudice to defendants to re-notice the motion following the court's decision as to whether further discovery on the allegations of the Amendment to Complaint will be permitted.

SO ORDERED.

Dated:   January 23, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-1962 Notice has been electronically mailed to:**

Donna M McLean loofwcd@aol.com

Joan Eve Trimble joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us

Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

Richard Augustus Swenson rsloofwcd@aol.com, rsloofwcd@aol.com

Sara McLean sara.mclean@usdoj.gov

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

Stephen H. Schmid stephen.schmid@cco.co.santa-clara.ca.us

Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net, TheAlspaughs@cox.net

William C. Dresser loofwcd@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Copy of order mailed to**:

Julia Ann Clayton
California Attorney General's Office
455 Golden Gate Avenue # 11000
San Francisco , CA 94102-7004

3