**United States District Court**
For the Northern District of California

1

2   **\*E-FILED 7/10/2009\***

3

4

5

6

7   NOT FOR CITATION

8   IN THE UNITED STATES DISTRICT COURT

9   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   SAN JOSE DIVISION

11   UNITED STATES *ex rel*. DONNA M.          No. C05-01962 HRL
    McLEAN and THE STATE OF CALIFORNIA
12   *ex rel* DONNA M. McLEAN,

13          Plaintiffs,                        **ORDER FOLLOWING *IN CAMERA***
                                               **REVIEW**
    v.
14
    THE COUNTY OF SANTA CLARA, THE
15   DEPARTMENT OF CHILDREN AND
    FAMILY SERVICES OF SANTA CLARA
16   COUNTY, KENNETH BORELLI,
    LAWRENCE GALLEGOS, EPIFANIO ("J.R.")
17   REYNA, TANYA BEYERS, DR. DEE
    SCHAFFER, DR. TOMMIJEAN THOMAS,
18   DR. RICHARD PERILLO and DOES 1-100,

19          Defendants.
                                        /
20

21       The court previously ordered defendants to submit for an *in camera* review all

22   communications and documents exchanged between the designated defense experts and defense

23   counsel.  (See Docket No. 262).  Having completed its review of the submitted documents, the

24   court concludes that none of the documents need be produced.  The documents will be returned

25   to defense counsel.

26       SO ORDERED.

27   Dated:    July 10, 2009

28   _____
    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1    **5:05-cv-1962 Notice has been electronically mailed to:**

2    Donna M McLean loofwcd@aol.com

3    Joan Eve Trimble joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

4    Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us,
marylou.gonzales@cco.sccgov.org

5

6    Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

Richard Augustus Swenson rsloofwcd@aol.com, rsloofwcd@aol.com

7

8    Sara McLean sara.mclean@usdoj.gov

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

9

10    Stephen H. Schmid stephen.schmid@cco.co.santa-clara.ca.us,
marylou.gonzales@cco.sccgov.org

11    Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net,
TheAlspaughs@cox.net

12

13    William C. Dresser loofwcd@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have
not registered for e-filing under the court's CM/ECF program**.

14

15

16    **Copy of order mailed to**:

17    Julia Ann Clayton
California Attorney General's Office
455 Golden Gate Avenue # 11000

18    San Francisco , CA 94102-7004

19

20

21

22

23

24

25

26

27

28

2