**United States District Court**
For the Northern District of California

1

2                                                      **\*E-FILED 12-04-2009\***

3

4

5

6

7                                    NOT FOR CITATION

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11   UNITED STATES *ex rel*. DONNA M.              No. C05-01962 HRL
     McLEAN and THE STATE OF CALIFORNIA
12   *ex rel* DONNA M. McLEAN,
                                                   **ORDER GRANTING McLEAN'S EX
13                 Plaintiffs,                     PARTE APPLICATION FOR
         v.                                        EXTENSION OF TIME TO
14                                                 SUBSTITUTE NEW COUNSEL**
     THE COUNTY OF SANTA CLARA, THE
15   DEPARTMENT OF CHILDREN AND
     FAMILY SERVICES OF SANTA CLARA                **[Docket No. 278]**
16   COUNTY, KENNETH BORELLI,
     LAWRENCE GALLEGOS, EPIFANIO ("J.R.")
17   REYNA, TANYA BEYERS, DR. DEE
     SCHAFFER, DR. TOMMIJEAN THOMAS,
18   DR. RICHARD PERILLO and DOES 1-100,

19                 Defendants.
     _____/
20

21          This court previously permitted conditional withdrawal by relator Donna McLean's

22   third attorney, William Dresser, and granted McLean's request for a stay of these proceedings

23   to permit her time to secure new counsel.  (See Docket No. 277, October 9, 2009 Order).  On

24   November 25, 2009, a few days before the stay was to automatically expire, relator filed an ex

25   parte application to extend the stay through January 4, 2010.  The United States, which declined

26   to intervene in this action, reportedly takes no position on McLean's requested extension.

27   Defendants, however, oppose the motion and request that this case be dismissed as per this

28   court's October 9, 2009 order.

**United States District Court**
For the Northern District of California

1    Having considered the moving and responding papers, this court does not find good

2    cause for the requested extension.  Nonetheless, in the interests of justice it will give relator one

3    last opportunity to retain new counsel.  Accordingly, the December 8, 2009 case management

4    conference is vacated, and this action will be stayed through January 4, 2010 at which time the

5    stay will automatically expire.  Assuming McLean has secured new counsel:  (a) her new

6    attorney(s) shall promptly enter an appearance and substitute into the matter, (b) the parties

7    shall file a status report on January 5, 2010, and (c) a case management conference will be held

8    on January 12, 2010, 1:30 p.m. to discuss the status of the remaining discovery addressed in this

9    court's September 8, 2009 order and the setting of new dates for dispositive motion hearings,

10   the final pretrial conference and trial.  If McLean fails to retain new counsel on or before the

11   expiration of the stay, the court intends to dismiss this action, without prejudice to the

12   government.  See United States ex rel Stoner v. Santa Clara County Office of Education, 502

13   F.3d 1116, 1128 (9th Cir. 2007).

14       SO ORDERED.

15   Dated:   December 4, 2009



16   _____

17   HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

1   5:05-cv-01962-HRL Notice has been electronically mailed to:

2   Joan Eve Trimble joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

3   Melissa R. Kiniyalocts melissa.kiniyalocts@cco.co.scl.ca.us,
    marylou.gonzales@cco.sccgov.org

4
    Orley Brandt Caudill , Jr brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

5
    Sara McLean sara.mclean@usdoj.gov

6
    Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

7
    Stephen H. Schmid stephen.schmid@cco.co.santa-clara.ca.us,

8   marylou.gonzales@cco.sccgov.org

9   Virginia Stewart Alspaugh Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net,
    TheAlspaughs@cox.net

10
    William C Dresser loofwcd@aol.com

11
    William C. Dresser loofwcd@aol.com

12
    Counsel are responsible for distributing copies of this document to co-counsel who have not

13  registered for e-filing under the court's CM/ECF program.

14
    Copy of order mailed to:

15
    Julia Ann Clayton

16  California Attorney General's Office
    455 Golden Gate Avenue # 11000

17  San Francisco , CA 94102-7004

18  Donna McLean
    1316 Arroyo Seco Drive

19  Campbell, CA 95008

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California