NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>Plaintiffs,<br>v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>Defendants.<br>_____/ | No. C05-01962 HRL<br><br>**ORDER GRANTING RELATOR'S MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINES**<br><br>[Re: Docket No. 293] |

Relator moves for an extension of the briefing and hearing deadlines for dispositive motions. The court does not find good cause for an extension. At the time relator's new attorney was retained in January 2010, she reportedly had been actively seeking new counsel for over a year. Additionally, to the extent relator suggests that she may seek to introduce new or different expert testimony as to her claims, she has not established good cause to do so at this stage of the litigation when the deadlines for expert disclosures and discovery have long since passed.

Nevertheless, the court will grant one last extension of the deadlines for briefing and

hearing on dispositive motions. Accordingly, the dispositive motion hearing is continued to May 11, 2010, 10:00 a.m. in Courtroom 2. The deadline for filing dispositive motions is April 6, 2010. Oppositions are due by April 20, 2010. Replies are due by April 27, 2010. The court does not intend to grant any further extensions.

SO ORDERED.

Dated: March 8, 2010

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1 | 5:05-cv-01962-HRL Notice has been electronically mailed to:

Gordon Wayne Renneisen     grenneisen@cornerlaw.com, pprill@cornerlaw.com

Jeremy L. Friedman     jlfried@comcast.net

Joan Eve Trimble     joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

Melissa R. Kiniyalocts     melissa.kiniyalocts@cco.co.scl.ca.us, marylou.gonzales@cco.sccgov.org

Orley Brandt Caudill , Jr     brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

Sara McLean     sara.mclean@usdoj.gov

Sara Winslow     sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

Stephen H. Schmid     stephen.schmid@cco.co.santa-clara.ca.us, marylou.gonzales@cco.sccgov.org

Virginia Stewart Alspaugh     Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net, TheAlspaughs@cox.net

William C Dresser     loofwcd@aol.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Copy of order mailed to:

Julia Ann Clayton
California Attorney General's Office
455 Golden Gate Avenue # 11000
San Francisco , CA 94102-7004