*E-FILED 03-08-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>        Defendants.<br>———————————————————/ | No. C05-01962 HRL<br><br>**ORDER GRANTING RELATOR'S MOTION TO CONTINUE DISPOSITIVE MOTION DEADLINES**<br><br>**[Re:  Docket No. 293]** |

Relator moves for an extension of the briefing and hearing deadlines for dispositive motions.  The court does not find good cause for an extension.  At the time relator's new attorney was retained in January 2010, she reportedly had been actively seeking new counsel for over a year.  Additionally, to the extent relator suggests that she may seek to introduce new or different expert testimony as to her claims, she has not established good cause to do so at this stage of the litigation when the deadlines for expert disclosures and discovery have long since passed.

Nevertheless, the court will grant one last extension of the deadlines for briefing and

United States District Court

For the Northern District of California

1   hearing on dispositive motions.  Accordingly, the dispositive motion hearing is continued to

2   May 11, 2010, 10:00 a.m. in Courtroom 2.  The deadline for filing dispositive motions is April

3   6, 2010.  Oppositions are due by April 20, 2010.  Replies are due by April 27, 2010.  The court

4   does not intend to grant any further extensions.

5         SO ORDERED.

6   Dated:    March 8, 2010

7

8                                      /s/ Howard R. Lloyd
                                       _____
9                                      HOWARD R. LLOYD
                                       UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1   5:05-cv-01962-HRL Notice has been electronically mailed to:

2   Gordon Wayne Renneisen      grenneisen@cornerlaw.com, pprill@cornerlaw.com

3   Jeremy L. Friedman      jlfried@comcast.net

4   Joan Eve Trimble      joan_trimble@cmwlaw.net, patricia_inabnet@cmwlaw.net

5   Melissa R. Kiniyalocts      melissa.kiniyalocts@cco.co.scl.ca.us,
    marylou.gonzales@cco.sccgov.org

6

7   Orley Brandt Caudill , Jr      brandt_caudill@cmwlaw.net, christopher_zopatti@cmwlaw.net

    Sara McLean      sara.mclean@usdoj.gov
8

9   Sara Winslow      sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

    Stephen H. Schmid      stephen.schmid@cco.co.santa-clara.ca.us,
10  marylou.gonzales@cco.sccgov.org

11  Virginia Stewart Alspaugh      Virginia_Alspaugh@cmwlaw.net, Linda_Knobbe@cmwlaw.net,
    TheAlspaughs@cox.net
12

13  William C Dresser      loofwcd@aol.com

14  Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.
15

16  Copy of order mailed to:

17  Julia Ann Clayton
    California Attorney General's Office
18  455 Golden Gate Avenue # 11000
    San Francisco , CA 94102-7004

19

20

21

22

23

24

25

26

27

28