|   |   |
|---|---|
| 1 | MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621) |
|   | MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814) |
| 2 | STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055) |
|   | OFFICE OF THE COUNTY COUNSEL |
| 3 | 70 West Hedding, East Wing, 9th Floor |
|   | San Jose, California  95110-1770 |
| 4 | Telephone:  (408) 299-5900 |
|   | Facsimile:  (408) 292-7240 |

**E-FILED 04-28-2010**

Attorneys for Defendants
COUNTY OF SANTA CLARA, KENNETH
BORELLI, LAWRENCE GALLEGOS,
EPIFANIO REYNA, and TANYA BEYERS

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| UNITED STATES OF AMERICA, ex. rel. DONNA M McLEAN et al., | ) ) ) | No.   C05-01962 HRL |
|---|---|---|
| Plaintiffs, | ) ) ) ) ) | **STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY SCHEDULING ORDER; DECLARATION OF STEVE SCHMID IN SUPPORT THEREOF** |
| v. | ) ) |  |
| THE COUNTY OF SANTA CLARA, a municipality et al., | ) ) ) | **MODIFIED BY THE COURT** |
| Defendants. | ) ) ) |  |

Pursuant to the Court's April 2, 2010 Order (Docket No. 307), hearing on the parties cross-motions for summary judgment is scheduled for June 8, 2010.  The April 2, 2010 order specified a briefing schedule set "in accordance with a normal 35-day calendar under Civil Local Rule 7."  Therefore, opposition briefs are due on May 18, 2010 and reply briefs are due on May 25, 2010.

Due to the factual complexity of Relator's Motion for Partial Summary Judgment, Defendants will require additional time to file their opposition.  Relator has agreed to a modification of the April 2, 2010 Order with the Court's permission.  Therefore, the parties hereby submit the following stipulation and order to modify the current scheduling order as

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Proposed Order to Modify Scheduling Order; Declaration of Steve Schmid in Support Thereof     1     C05-01962 HRL

1  follows:

|   | Current | Proposed |
|---|---------|----------|
| Hearing Date for both cross-motions | June 8, 2010 | August 3, 2010 |
| Oppositions due for both cross-motions | May 18, 2010 | June 22, 2010 |
| Replys due for both cross-motions | May 25, 2010 | July 20, 2010 |

This Stipulation and Proposed Order is accompanied by the Declaration of Steve Schmid attached hereto.

I hereby attest that I have on file all holographic signatures for any signatures indicated by "conformed" signature (/S/) within this efiled document.

IT IS SO STIPULATED.

                                              Respectfully Submitted,

                                              MIGUEL MÁRQUEZ
                                              Acting County Counsel

Dated: April 27, 2010

                                          By: _____/S/_____
                                              STEVE SCHMID
                                              Deputy County Counsel

                                              Attorneys for Defendants
                                              COUNTY OF SANTA CLARA,
                                              KENNETH BORELLI, LAWRENCE
                                              GALLEGOS, EPIFANIO REYNA, and
                                              TANYA BEYERS

                                              LAW OFFICE OF JEREMY L.
                                              FRIEDMAN TIERNEY, WATSON &
Dated: April 27, 2010                    HEALY

                                          By: __/S/__ Jeremy L. Friedman__
                                              JEREMY FRIEDMAN

                                              Attorneys for Relator
                                              DONNA McLEAN

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Proposed Order to Modify
Scheduling Order; Declaration of Steve
Schmid in Support Thereof     2     C05-01962 HRL

**DECLARATION OF STEVE SCHMID IN SUPPORT OF STIPULATION
AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

I, Steve Schmid, declare as follows:

1. I am employed as a Deputy County Counsel for the County of Santa Clara and am duly licensed to practice law before this Court and all California courts. I am one of the attorneys of record for the County of Santa Clara Defendants.

2. Relator's motion for partial summary judgment is voluminous and data-intensive. It will require more time to efficiently and completely respond to the factual portion of the motion than can be accomplished under the current briefing schedule.

3. This request for an order to modify the scheduling order is made jointly pursuant to stipulation. Counsel for Relator and Santa Clara County Defendants have met and conferred regarding the proposed modified schedule.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of April, 2010 at San Jose, California.

/S/
STEVE SCHMID

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Proposed Order to Modify
Scheduling Order; Declaration of Steve
Schmid in Support Thereof     3     C05-01962 HRL

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

# ORDER

The Court has considered the stipulation to modify the scheduling order information specified in the April 2, 2010 Order and makes the following ~~order pursuant~~ modification to the stipulation:

|  | **Current** | **Proposed** |
|---|---|---|
| Hearing Date for both cross-motions | June 8, 2010 | August ~~X~~ 24, 2010 **10:00 AM** |
| Oppositions due for both cross-motions | May 18, 2010 | June 22, 2010 |
| Replys due for both cross-motions | May 25, 2010 | July 20, 2010 |

IT IS SO ORDERED.

Dated: April 28, 2010

_____
JUDGE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

269904.wpd

Stipulation and Proposed Order to Modify Scheduling Order; Declaration of Steve Schmid in Support Thereof             4             C05-01962 HRL