*E-FILED 06-24-2010*

1  MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
   MELISSA R. KINIYALOCTS, Lead Deputy County Counsel (S.B. #215814)
2  STEPHEN H. SCHMID, Deputy County Counsel (S.B. #078055)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA,
   KENNETH BORELLI, LAWRENCE
7  GALLEGOS, EPIFANIO REYNA, AND
   TANYA BEYERS
8

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. DONNA M McLEAN et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE COUNTY OF SANTA CLARA, a municipality et al., <br><br> Defendants. | No. C05-01962 HRL <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER; DECLARATION OF STEVE SCHMID IN SUPPORT THEREOF** |

19   Pursuant to the Court's April 28, 2010 Order (Docket No. 328), hearing on the parties
20  cross-motions for summary judgment is scheduled for August 24, 2010. The April 28, 2010
21  order specified that oppositions for both cross-motions were due on June 22, 2010 and July 20,
22  2010. Pursuant to the Court's order dated June 17, 2010 (Docket No. 330) the briefing schedule
23  was further modified as follows: Oppositions due by June 24, 2010 and Replies due by July 22,
24  2010.
25   Because of Defendant County of Santa Clara's counsel's family plans during the week of
26  August 24, 2010, and further calender issues of Relator's counsel, the parties have agreed to a
27  modification of the current schedule with the Court's permission. Therefore, the parties hereby
28  submit the following stipulation and order to modify the current scheduling order as follows:

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [PROPOSED] Order to Modify
Scheduling Order; Decl of Steve Schmid        -1-                    C05-01962 HRL

| | Current | Proposed |
|---|---|---|
| Hearing Date for both cross-motions | August 24, 2010 | September 14, 2010 |
| Oppositions due for both cross-motions | June 24, 2010 | June 25, 2010 |
| Replies due for both cross-motions | July 22, 2010 | August 5, 2010 |

This Stipulation and Proposed Order is accompanied by the Declaration of Steve Schmid attached hereto.

I hereby attest that I have on file all holographic signatures for any signatures indicated by "conformed" signature (/S/) within this efiled document.

IT IS SO STIPULATED.

Respectfully Submitted,

MIGUEL MÁRQUEZ
County Counsel

Dated: June 22, 2010        By:      /S/
                                 STEVE SCHMID
                                 Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
KENNETH BORELLI, LAWRENCE
GALLEGOS, EPIFANIO REYNA, and
TANYA BEYERS

Dated: June 22, 2010        LAW OFFICE OF JEREMY L.
                            FRIEDMAN AND TIERNEY,
                            WATSON & HEALY

                            By:     /S/ Jeremy L. Friedman
                                 JEREMY FRIEDMAN

                            Attorneys for Relator
                            DONNA McLEAN

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order to Modify
Scheduling Order; Decl of Steve Schmid        -2-        C05-01962 HRL

**DECLARATION OF STEVE SCHMID IN SUPPORT OF STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

I, Steve Schmid, declare as follows:

1. I am employed as a Deputy County Counsel for the County of Santa Clara and am duly licensed to practice law before this Court and all California courts. I am one of the attorneys of record for the County of Santa Clara Defendants.

2. The parties have previously requested continuance of the hearing on two cross-motions for summary judgment and modification of the briefing schedule. When the Court responded by continuing the hearing date from June 8, 2010 to August 24, 2010, I neglected to note that I had family plans to be out of town that day. On June 21, 2010, I telephoned Relator's attorney to find out if Relator would agree to stipulate to a request to continue the hearing date to a later date. We agreed upon September 14, 2010. Relator's counsel requested a stipulation to slightly modify the briefing schedule as follows: move the date for filing oppositions from June 24, 2010 to June 25, 2010, and move the date for filing Replies from July 22, 2010 to August 5, 2010. Defendant County is amenable to these briefing modifications.

3. This request for an order to modify the scheduling order is made jointly pursuant to stipulation. Counsel for Relator and Santa Clara County Defendants have met and conferred regarding the proposed modified schedule.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22nd day of June, 2010 at San Jose, California.

/S/
STEVE SCHMID

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [XXXXXXX] Order to Modify
Scheduling Order; Decl of Steve Schmid   -3-   C05-01962 HRL

| | | |
|---|---|---|
| 1 | | **ORDER** |

2      The Court has considered the stipulation to modify the scheduling order information

3  currently in force and makes the following order pursuant to the stipulation:

|   | ~~Current~~ | ~~Proposed~~ |
|---|---|---|
| Hearing Date for both cross-motions | ~~August 24, 2010~~ | September 14, 2010 |
| Oppositions due for both cross-motions | ~~June 24, 2010~~ | June 25, 2010 |
| Replies due for both cross-motions | ~~July 22, 2010~~ | August 5, 2010 |

9  IT IS SO ORDERED.

11  Dated:_ June 24, 2010 _                                    _____
                                                               JUDGE HOWARD R. LLOYD
                                                               United States Magistrate Judge

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and ~~[Proposed]~~ Order to Modify
Scheduling Order; Decl of Steve Schmid         -4-                          C05-01962 HRL