*E-FILED 01-09-2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>Plaintiffs,<br>v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>Defendants. | No. C05-01962 HRL<br><br>**INTERIM ORDER RE RELATOR'S MOTION FOR ATTORNEY'S FEES** |

William Dresser, one of relator's former counsel of record, moves for recovery of attorneys' fees and costs (Dkt. 392). No later than **January 23, 2012**, Dresser is directed to submit for this court's *in camera* review unredacted billing statements as to work for which fees are being claimed. Upon submission of those papers, and unless otherwise ordered by the court, the matter will be deemed submitted on the papers. The January 10, 2012 hearing is vacated. Civ. L.R. 7-1(b).

SO ORDERED.

Dated: January 9, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:05-cv-01962-HRL Notice has been electronically mailed to:

2  Gordon Wayne Renneisen    grenneisen@cornerlaw.com, pprill@cornerlaw.com

3  Jeremy L. Friedman    jlfried@comcast.net

4  Melissa R. Kiniyalocts    melissa.kiniyalocts@cco.co.scl.ca.us, marylou.gonzales@cco.sccgov.org

5  Sara McLean    sara.mclean@usdoj.gov

6  Sara Winslow    sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

7  Stephen H. Schmid    stephen.schmid@cco.co.santa-clara.ca.us, marylou.gonzales@cco.sccgov.org

8  William C Dresser    loofwcd@aol.com

9  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California