*E-FILED: February 3, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. DONNA M. McLEAN and THE STATE OF CALIFORNIA *ex rel* DONNA M. McLEAN,<br><br>      Plaintiffs,<br>   v.<br><br>THE COUNTY OF SANTA CLARA, THE DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES OF SANTA CLARA COUNTY, KENNETH BORELLI, LAWRENCE GALLEGOS, EPIFANIO ("J.R.") REYNA, TANYA BEYERS, DR. DEE SCHAFFER, DR. TOMMIJEAN THOMAS, DR. RICHARD PERILLO and DOES 1-100,<br><br>      Defendants.<br>_____/ | No. C05-01962 HRL<br><br>**ORDER VACATING MOTION HEARING** |

Relator's "Motion for Review of Taxation of Costs" (Dkt. No. 406) is deemed suitable for determination without oral argument. The February 7, 2012 hearing is vacated. Civ. L.R. 7-1(b).

Dated: February 3, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:05-cv-01962-HRL Notice has been electronically mailed to:

Gordon Wayne Renneisen    grenneisen@cornerlaw.com, pprill@cornerlaw.com

Jeremy L. Friedman    jlfried@comcast.net

Melissa R. Kiniyalocts    melissa.kiniyalocts@cco.co.scl.ca.us, marylou.gonzales@cco.sccgov.org

Sara McLean    sara.mclean@usdoj.gov

Sara Winslow    sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

Stephen H. Schmid    stephen.schmid@cco.co.santa-clara.ca.us, marylou.gonzales@cco.sccgov.org

William C Dresser    loofwcd@aol.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.